MN-305
(5/94)

1829
MS

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: **Steven & Rebecca Kaas**                    Chapter 7 Case No. **05-36547**

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Claimant | Claim No. | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| Greg Taylor<br>105 South 1st Street<br>Marshall, MN 56258-1701 | 1 | $0.00 | $0.01 |

Dated:   February 24, 2010

*(signature)*
PAUL W. BUCHER, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN 55903-0549
TELEPHONE (507) 288-9111

c:   United States Trustee

RECEIVED 10 FEB 26 AM 9:39 U.S. BANKRUPTCY COURT ST. PAUL, MN

B10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT District of Minnesota | PROOF OF CLAIM |

Name of Debtor: STEVEN LEE KAAS
REBECCA ANN KAAS

Case Number: 05-36547

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
GREG TAYLOR

Check here if this claim
___ replaces
___ amends
a previously filed claim.

Court Claim Number:
(If known)

RECEIVED 08 NOV 21 AM 11:38 BANKRUPTCY COURT ST. PAUL

Dated: _____

Name and address where notices should be sent:
GREG TAYLOR
105 SOUTH 1ST STREET
MARSHALL MN 56258-1701

THESE PEOPLE OWE US NOTHING IN

Telephone number:

Name and address where payment should be sent (if different from above):

MONETARY TERMS

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 0

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** _____
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:

Value of Property: $ _____ Annual Interest Rate ___ %

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $ _____ Basis for perfection: _____

Amount of Secured Claim: $ _____ Amount Unsecured: $ _____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**Date:**

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

[Signature] Taylor
20 NOV 2008

Send original to:
U.S. Bankruptcy Court
200 Warren E Burger Federal Bldg &
U.S. Courthouse
316 North Robert St.
St. Paul, MN 55101

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

026786