MN-305
(5/94)



# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: **Steven & Rebecca Kaas**      Chapter 7 Case No. **05-36547**

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Claimant | Claim No. | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| Dell Financial Services<br>PO Box 81577<br>Austin, TX 78707-1577 | 5 | $2,200.00 | $4.65 |
| Capital One Bank<br>PO Box 530092<br>Atlanta, GA 30353-0092 | 7 | $540.00 | $1.14 |
| Trivantage Credit Services Inc.<br>1160 Centre Point Drive Suite 1<br>Mendota Heights, MN 55120 | 10 | $1,600.00 | $3.38 |

Dated: August 16, 2010

PAUL W. BUCHER, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN 55903-0549
TELEPHONE (507) 288-9111