MN-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: Steven & Rebecca Kaas                                    Chapter 7 Case No. 05-36547

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Claimant | Claim No. | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| GE Consumer Finance (NCO Financial Systems) 4125 Windward Plaza Drive Bldg 300 Alpharetta, GA 30005 | 4 | $2,900.00 | $1.73 |
| Dell Financial Services (IC Systems Inc.) PO Box 81577 Austin, TX 78707-1577 | 5 | $2,200.00 | $1.32 |
| Capital One Bank PO Box 530092 Atlanta, GA 30353-0092 | 7 | $540.00 | $0.33 |
| Trivantage Credit Services Inc. 1160 Centre Point Drive Suite 1 Mendota Heights, MN 55120 | 10 | $1,600.00 | $0.96 |

Dated: November 5, 2010

PAUL W. BUCHER, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN 55903-0549
TELEPHONE (507) 288-9111